# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

v.　　　　　　　　　　　　　　　　　　CRIM. NO. 22-028 (PAD)

**BAYRON DELIZ-GONZALEZ**

Defendant.

## ORDER OF DETENTION

Defendant was on conditions of supervised release pending sentencing. See Docket No. 136. On November 24, 2024, the United States of America filed a motion for revocation of bail. Docket No. 215. On December 19, 2024, the case was called for an initial appearance on revocation proceedings. Docket No. 218. Defendant was temporarily detained pending the outcome of the bail revocation proceedings. On January 16, 2025, the case was called for bail revocation hearing. Docket No. 222. Defendant informed the Court that he would not be contesting the revocation of bail. Id. Because Defendant has not contested the allegations in the motion at Docket No. 215, Defendant's bail is revoked and Defendant is ordered detained pending sentencing.

　　IT IS SO ORDERED.
　　In San Juan, Puerto Rico, this 16th day of January 2025.

　　　　　　　　　　　　　　　　　　　　s/ Giselle López-Soler
　　　　　　　　　　　　　　　　　　　　GISELLE LÓPEZ-SOLER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1